Same case below, 601 F.3d 750.

Same case below, 369 Fed. Appx. 240.

**No. 10-320. Anwar Haque, Petitioner v. New York.**

562 U.S. 1135, 131 S. Ct. 903, 178 L. Ed. 2d 748, 2011 U.S. LEXIS 282.

January 10, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 70 App. Div. 3d 967, 897 N.Y.S.2d 130.

**No. 10-326. Franklin C. Brown, Petitioner v. United States.**

562 U.S. 1135, 131 S. Ct. 903, 178 L. Ed. 2d 748, 2011 U.S. LEXIS 79.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 595 F.3d 498.

**No. 10-344. Alonso Alvino Herrera, Petitioner v. Oregon.**

562 U.S. 1135, 131 S. Ct. 904, 178 L. Ed. 2d 748, 2011 U.S. LEXIS 94.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

**No. 10-357. Patsy Maharam, Petitioner v. James Patterson, et al.**

562 U.S. 1135, 131 S. Ct. 904, 178 L. Ed. 2d 748, 2011 U.S. LEXIS 199.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-363. Estate of Louise Blyth Timken, Deceased, et al., Petitioners v. United States.**

562 U.S. 1135, 131 S. Ct. 905, 178 L. Ed. 2d 748, 2011 U.S. LEXIS 589.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 601 F.3d 431.

**No. 10-371. Lawnwood Medical Center, Inc., Petitioner v. Samuel H. Sadow.**

562 U.S. 1135, 131 S. Ct. 905, 178 L. Ed. 2d 748, 2011 U.S. LEXIS 265.

January 10, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 43 So. 3d 710.

**No. 10-372. Gregory Forrester, Petitioner v. Arkansas.**

562 U.S. 1135, 131 S. Ct. 905, 178 L. Ed. 2d 748, 2011 U.S. LEXIS 220.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2010 Ark. 291.